IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01159-REB-CBS

SALLY ANN MAEZ,

    Plaintiff,

v.

SPRINGS AUTOMOTIVE GROUP, LLC,
a Colorado limited liability corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's First Motion to Amend Complaint *(doc. # 11)* is GRANTED. Plaintiff's [Amended] Complaint and Demand for Jury Trial *(doc no. 11-2)*, tendered to the court on July 9, 2009, is accepted for filing as of the date of this order.

**DATED:**    July 13, 2009