

**SPRINGS AUTOMOTIVE GROUP**
3499 E. Platte Ave.
Colorado Springs, CO 80909
719-477-0900
Fax 719-477-1830

# BUYERS ORDER AND INVOICE

SALESMAN: Oscar
STOCK NO.: LL012970

| Field | Value |
|---|---|
| Purchaser | Sally Ann Maez |
| Address | 1927 N Weber St |
| City/State/Zip | Colorado Springs, CO 80909 |
| Phone No. | (719) 375-1323 (Res.) (Bus.) |
| Driver's Lic. No. | Permit No. |
| Date of Birth | 06-16-55   Source |
| Date | 02-24-09 |
| Yr. & Make | Used 1990 HONDA |
| Model | CIVIC   Body: CP |
| Color | TEAL   Mileage: 188806 |
| Serial | 1HGED355XLL012970 |
| No. Cyl. | 4 |

**ALL USED CARS SOLD "AS IS" WITH NO WARRANTY EXPRESSED OR IMPLIED**
**ALL TRANSACTIONS ARE SUBJECT TO SELLER SECURING FINANCING SPPROVAL ON ANY DEFERRED BALANCE**

| Item | Amount |
|---|---|
| Selling Price | 1995.00 |
| Trade-In | N/A |
| TOTAL | 1995.00 |
| Dealer Prep. & Handling | 499.00 |
| TOTAL | 2494.00 |
| N/A   1.00 | 24.94 |
| N/A   2.90 State Tax | 72.33 |
| N/A   2.50 City Tax | 62.35 |
| 1.00 County Tax | 24.94 |
| Plus Pay Off | N/A |
| TOTAL | 2678.56 |
| Deposit with Order | 1000.00 |
| OTHER FEES | 1178.20 |
| CASH ON DELIV. | N/A |
| TOTAL DOWN PAYM'T | 1000.00 |
| AMOUNT TO FINANCE | 2856.76 |

Trade In
Yr. & Make   Model   Body
Serial   Mileage
No. Cyl.   STD AT OD R H PB PS ELEC AC
Used Car Allowance
Balance OWED
CASH   CHECK   EQUITY

**• Other Fees:**

| | |
|---|---|
| Filing Fee | $ 189.20 ✓ |
| GAP Coverage | $ N/A |
| Service Cont | $ N/A |
| TrackingSyst | $ 489.00 |
| Buyer's Fee | $ 500.00 |
| Other Fees | $ 1178.20 |

Delivery of the automobile is to be taken within _____ days. Failure to do so shall be a breach of this agreement and the seller may retain as liquidated damages therefor, the cash and all other considerations paid by purchaser. Seller receives checks and drafts, given in whole or part payment, conditionally only. Seller reserves title to motor vehicle until check or draft is paid by bank on which drawn. Any breach of contract by the buyer shall be sufficient cause for seller to declare contract void and/or to seek any redress for damages seller may deem buyer has committed by virtue of said breach of contract. Buyer guarantees to deliver clear, good title to his traded car. Buyer authorizes seller to supply and charge for collision insurance in contract in event there is no such insurance transferrable or forthcoming from buyer. Buyer acknowledges receipt of a copy of this order.

All promises, verbal understandings, or agreements of any kind pertaining to this purchase not specified herein are not binding on the seller.

I, the purchaser, state that I am over eighteen years of age and have legal right to transact business.

I hereby acknowledge I have received evidence necessary for transfer of car title. Seller does not guarantee delivery date on new car. Buyer further authorizes seller to make payoff on his trade and to endorse his name to any rebate checks on his behalf. Buyer authorizes seller to correct and/or alter figures herein where amount owing on trade is incorrect and/or where errors of arithmetic occur, and to change any and/or all figures affected therein, including payments accordingly. Buyer acknowledges he/she supplied information regarding balance owing on the trade-in. Buyer authorizes seller to correct typographical errors herein.

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

BUYER'S SIGNATURE   *Sally A. Maez*
BUYER'S SIGNATURE
MANAGER'S SIGNATURE
THIS ORDER MUST BE SIGNED BY AN OFFICIAL OF THE COMPANY

**EXHIBIT 2**