IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 09-cv-01159 LTB-CBS

SALLY ANN MAEZ,

    Plaintiff,

vs.

SPRINGS AUTOMOTIVE GROUP LLC.,
a Colorado Limited Liability Company

    Defendant.

---

**OFFER OF JUDGMENT**

---

    COMES NOW SPRINGS AUTOMOTIVE GROUP, LLC ("SAG"), Defendant herein, by and through its undersigned counsel, and states as follows:

    1.    SAG hereby offers to allow judgment to be taken against it and in favor of Plaintiff upon the claims made in the above-captioned action for the amount of $15,000, plus taxable costs incurred to the date hereof.

                                Respectfully submitted,

Date: May 28, 2010                    s/ Vincent L. Linden III
                                          Vincent L. Linden III
                                              LINDEN KOMINEK, P.C.
                                              111 South Tejon, Suite 202
                                              Colorado Springs, CO 80903
                                              (719) 955-0078 (phone)
                                              (719) 578-8836 (fax)
                                              vince@linden-kominek.com (e-mail)

CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of May, 2010, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| Richard Wynkoop | Michael J. Kleinman |
|---|---|
| rickwynkoop@yahoo.com | Kleinmanlaw@q.com |

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[CLIENT COPY]
ATTN: Guy Alldredge
Springs Automotive Group, LLC.
3499 E. Platte Avenue
Colorado Springs, CO 80909

                                          s/ Vincent L. Linden III
                                          Vincent L. Linden III