# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-01159-REB-CBS

SALLY ANN MAEZ,

    Plaintiff,

v.

SPRINGS AUTOMOTIVE GROUP, LLC, a Colorado limited liability corporation,

    Defendant.

## ORDER DIRECTING NOTICE TO CLASS

**Blackburn, J.**

    This matter is before me for consideration of the parties' proposed forms of notice to class members. Having reviewed the parties submissions and considered their respective arguments, I approve the form of notice appended to this order as Exhibit A, as well as the opt-out form appended as Exhibit B. Additionally, I provide instructions to the parties about how notice is to be directed to the class members.[1]

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Class Action**, appended to this order as Exhibit A, is **APPROVED** and **ADOPTED** for submission to putative class members in this action;

    2. That the **Request for Exclusion from Class Action**, appended to this order as Exhibit B, is **APPROVED** and **ADOPTED** for submission to putative class members

---

[1] Although defendant contemplates a procedure whereby the parties would file separately their list of putative class members and then the court would rule on any objections thereto, I have confidence that, with the benefit of my ruling on the motion for class certification, the parties will be able to agree on which of defendant's past customers come within the class definition and which are excluded.

in this action;

3.  That by no later than close of business on **Monday, September 13, 2010**, the parties **SHALL SUBMIT** jointly a list of agreed names and mailing addresses of putative class members to receive notice of this class action; and

4.  That plaintiff **SHALL MAIL**, via first class mail, the Notice and Request for Exclusion, to the class members thus identified, by no later than **Monday, September 20, 2010**, and provide verification of same to the court by no later than **Friday, September 24, 2010**.

Dated September 3, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2