**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:             November 5, 2010

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

**Civil Action No.  09-cv-01159-REB-CBS**

*Parties:*                                          *Counsel:*

SALLY ANN MAEZ,                                     Richard Wynkoop

     Plaintiff,

v.

SPRINGS AUTOMOTIVE GROUP, LLC, a                    Mary Linden
Colorado Limited Liability Corporation,             Vincent Linden

     Defendant.

## COURTROOM MINUTES

**Trial Preparation Conference**

**3:33 p.m.     Court in session**

Appearances of counsel.

Opening statements by the court regarding the recently filed motion to vacate trial, #68.

Court's comments to counsel regarding this Court's Practice Standards.

    **IT IS ORDERED** as follows:

    1. That the **Joint Motion To Vacate Trial Date** [#68] filed November 1, 2010, is **GRANTED**;

    2. That this Trial Preparation Conference is **VACATED**; and

    3. That the Bench Trial set for November 8, 2010, is **VACATED**.

**3:44 p.m.    Court in recess.**

Total time in court:   00:11

Hearing concluded.