**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Date:            November 22, 2011
Deputy Clerk:    Laura Galera
Court Reporter:  Kara Spitler

**Civil Action No. 09-cv-01159-RBJ-CBS**

*Parties:*                                    *Counsel:*

SALLY ANN MAEZ,                               Michael Kleinman
                                              Richard Wynkoop
    Plaintiff,

v.

SPRINGS AUTOMOTIVE GROUP, LLC,                Vincent Linden

    Defendant.

## COURTROOM MINUTES

**Fairness Hearing**

**9:01 a.m.     Court in session**

Appearances of counsel.

Opening statements by the court.

Mr. Kleinman states the terms of the settlement and makes a statement regarding attorney's fees.

Mr. Linden makes a brief statement regarding the proposed attorney's fees.

Court makes its findings on the record regarding the settlement.

**ORDERED:**  Court approves the settlement and finds that it is fair and reasonable. Parties are ordered to complete the numbers on the final judgment and the order of dismissal and submit it to the court for approval.

**ORDERED:** Plaintiff's Motion and Memorandum in Support of Application for Attorneys Fees and Costs Doc. #[97] is GRANTED.

**9:15 a.m.     Court in recess.**

Total time in court:   00:14

Hearing concluded**.**